UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JONES<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a government entity, SAN DIEGO POLICE DEPARTMENT, a government entity, CITY OF SAN DIEGO, a government entity, ALPINE SHERIFF'S DEPARTMENT, a government entity and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: 20CV1989-GPC(DEB)<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

On October 8, 2020, Plaintiff filed a complaint against the County of San Diego, San Diego Police Department, City of San Diego and the Alpine Sheriff's Department for "police brutality" alleging six claims under state law for negligence, assault, battery, vicarious liability pursuant to California Government Code section 815.2(a), negligent infliction of emotional distress, and intentional infliction of emotional distress. (Dkt. No. 1, Compl.) On October 13, 2020, the Court issued an order to show cause why the case should not be dismissed for lack of subject matter jurisdiction. (Dkt. No. 3.) On October 22, 2020, Plaintiff filed an amended complaint adding a 42 U.S.C. § 1983 claim for race

discrimination under Title II, Title VI and Title VII of the Civil Rights Act and citing 42 U.S.C. § 2000d *et seq.*[1] (Dkt. No. 4, FAC ¶¶ 2, 4, 49.) On October 23, 2020, Plaintiff filed a response to the order to show cause recognizing the deficiencies with the Complaint noted by the order to show cause and added a claim for race discrimination under various provision of the Civil Rights Act, 42 U.S.C. § 2000d. (Dkt. No. 5.)

Because Plaintiff has alleged a cause of action under the "Constitution, law, or treaties of the United States", *see* 28 U.S.C. § 1331, the Court has federal question jurisdiction over the case. Accordingly, the Court dissolves the order to show case.

IT IS SO ORDERED.

Dated: October 27, 2020

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] The Court questions the applicability of these provision of the Civil Rights Act to this case; however, since Plaintiff has alleged a violation of a federal statute, the Court concludes it has subject matter jurisdiction over the case.