**THEIDA SALAZAR** SBN: 295547
**LAW OFFICES OF THEIDA SALAZAR**
2140 North Hollywood Way  #7192
Burbank, California 91510
P: (818) 433-7290
F: (818) 436-4009
E: salazarlawgroup@gmail.com

**JAMON HICKS SBN: 232747**
**DOUGLAS / HICKS LAW, APC**
5120 W Goldleaf Circle, Suite 140
Los Angeles, California 90056
P: 323.655.6505
E: jamon@douglashickslaw.com

*Attorneys for Plaintiff Kenneth Jones*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JONES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a Government Entity; ALPINE SHERRIF'S DEPARTMENT, a Government Entity; CITY OF SAN DIEGO, a Government Entity; SAN DIEGO POLICE DEPARTMENT, a Government Entity, and DOES 1 through 50, Inclusive,<br><br>Defendants. | **Case No.: 20-CV-1989-GPC (DEB)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALPINE SHERIFF'S DEPARTMENT**<br><br>*The Honorable Gonzalo P. Curiel* |

JONES VDISM| 1

**TO THE HORNRABLE COURT, ALL PARTIES AND COUNSEL:**

I, Theida Salazar, Counsel for Plaintiff Kenneth Jones and on behalf of Plaintiff and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Southern District Local Rule 41-1, and per this Honorable Court's Order removes and voluntarily dismisses the following, Defendant named below from the case as well as from the filed motion for default as prior agreed upon:

(1) Defendant Alpine Sherriff's Department is definitely dismissed from this lawsuit for this said reason as well as the prior dismissal of the County in this matter.

Further, such dismissal shall be with prejudice with each side to bear its own costs and fees for said dismissal. Plaintiff and Counsel thank you for the understanding with the dismissal.

Respectfully Submitted,

DATED this day <u>29th</u> August, 2022.

<u>/s/ Theida Salazar</u>
**THEIDA SALAZAR SBN: 295547**
**LAW OFFICES OF THEIDA SALAZAR**
P: 818.433.7290
E: *salazarlawgroup@gmail.com*

*Attorney for Plaintiff Kenneth Jones*

JONES VDISM| 2

## **CERTIFICATE OF ELECTORNIC MAIL SERVICE**

I HEREBY CERTIFY that service of the foregoing **PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT ALPINE SHERIIF DEPARTMENT** was made this day 29th of August, 2022 by depositing a true and exact copy thereof through the Electronic Case Filing system of the United States District Court, Central District of California:

RE:   Case No.: 20-cv-1989-GPC-DEB

ALPINE SHERIFF'S DEPARTMENT
9821 Ridgehaven Court, San Diego, California 92123

SAN DIEGO POLICE DEPARTMENT
1401 Broadway, San Diego, California 92101

JENNIFER M. MARTIN, Deputy
MELISSA M. HOLMES, Senior Deputy
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
T: (619) 531- 4901
F: (619) 531-6005
E: jennifer.martin2@sdcounty.ca.gov
*Attorneys for Defendant County of San Diego*

                                                             /s/ Theida Salazar
                                                              Theida Salazar, Esq.

LAW OFFICES OF THEIDA SALAZAR
2140 NORTH HOLLYWOOD WAY #7192
BURBANK, CALIFORNIA 91510