**THEIDA SALAZAR SBN: 295547**
**LAW OFFICES OF THEIDA SALAZAR**
2140 North Hollywood Way #7192
Burbank, California 91510
P: (818) 433-7290
F: (818) 436-4009
E: salazarlawgroup@gmail.com

**JAMON HICKS SBN: 232747**
**DOUGLAS / HICKS LAW, APC**
5120 W Goldleaf Circle, Suite 140
Los Angeles, California 90056
P: 323.655.6505
E: jamon@douglashickslaw.com

*Attorneys for Plaintiff Kenneth Jones*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JONES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a Government Entity; ALPINE SHERRIF'S DEPARTMENT, a Government Entity; CITY OF SAN DIEGO, a Government Entity; SAN DIEGO POLICE DEPARTMENT, a Government Entity, and DOES 1 through 50, Inclusive,<br><br>Defendants. | **Case No.: 20-CV-1989-GPC (DEB)**<br><br>**NOTICE OF WITHDRAWAL OF DEFAULT AND VOLUNTARY DISMISSAL**<br><br>*The Honorable Gonzalo P. Curiel* |

**TO THE HORNRABLE COURT, ALL PARTIES AND COUNSEL:**

I, Theida Salazar, Counsel for Plaintiff Kenneth Jones and on behalf of Plaintiff and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Southern District Local Rule 41-1, and per this Honorable Court's Order withdraws the prior Request for Default Dkt. No.: 56. Further, Plaintiff voluntarily reiterates and states a dismissal of the remaining Defendants named below from the case as well as from the filed motion for default as prior agreed upon:

(1) Defendant City of San Diego and San Diego Police Department are dismissed from this lawsuit for this reason as well as the prior dismissal of the parties in this matter.

Further, each side to bear its own costs and fees for said dismissal.

Respectfully Submitted,

DATED this day 31th August, 2022.

/s/ Theida Salazar
**THEIDA SALAZAR SBN: 295547**
**LAW OFFICES OF THEIDA SALAZAR**
P: 818.433.7290
E: *salazarlawgroup@gmail.com*

*Attorney for Plaintiff Kenneth Jones*

LAW OFFICES OF THEIDA SALAZAR
2140 NORTH HOLLYWOOD WAY #7192
BURBANK, CALIFORNIA 91510

## CERTIFICATE OF ELECTORNIC MAIL SERVICE

I HEREBY CERTIFY that service of the foregoing **PLAINTIFF'S VOLUNTARY DISMISSAL OF REMAINING DEFENDANTS** was made this day 31th of August, 2022 by depositing a true and exact copy thereof through the Electronic Case Filing system of the United States District Court, Central District of California:

**RE:** Case No.: 20-cv-1989-GPC-DEB

ALPINE SHERIFF'S DEPARTMENT
9821 Ridgehaven Court, San Diego, California 92123

SAN DIEGO POLICE DEPARTMENT
1401 Broadway, San Diego, California 92101

JENNIFER M. MARTIN, Deputy
MELISSA M. HOLMES, Senior Deputy
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
T: (619) 531- 4901
F: (619) 531-6005
E: jennifer.martin2@sdcounty.ca.gov
*Attorneys for Defendant County of San Diego*

                                              /s/ Theida Salazar
                                                 Theida Salazar, Esq.